UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | Case No. **1:07CR--128** |
| v. | : | Judge **J. WEBER** |
| BRAD DUBRAY,<br>Defendant. | : | **INFORMATION**<br>29 U.S.C. § 501(c) |

The Unites States Attorney charges:

### COUNT 1

Beginning in January 2002 and continuing through December 2005, in the Southern District of Ohio, the defendant Brad DuBray, while an officer, that is, treasurer of Carpenters Local 113, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $14,548.11.

**All in violation of Title 29, United States Code, Section 501(c).**

GREGORY G. LOCKHART
United States Attorney

ANTHONY SPRINGER
**Deputy Criminal Chief**

FILED
JAMES BONINI
CLERK
07 OCT 15 PM 2:56
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI